DANCY v. ABBOTT LABS.

[353 N.C. 446 (2001)]

EVANGELINE SCOTT DANCY, Employee v. ABBOTT LABORATORIES, Employer, SELF/FIREMAN'S FUND INSURANCE COMPANY

No. 436A00

(Filed 4 May 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 553, 534 S.E.2d 601 (2000), reversing an opinion and award entered by the North Carolina Industrial Commission on 26 February 1999 and remanding the case for further proceedings. Heard in the Supreme Court 17 April 2001.

*Ralph G. Willey, P.A., by Ralph G. Willey, III, for plaintiff-appellant.*

*Brooks, Stevens & Pope, P.A., by Michael C. Sigmon and Matthew P. Blake, for defendant-appellants.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.